### CRAWFORD v. MADDOX et al.

SIMMONS, C. J. Where A, the owner of land, borrows money from B and gives a security deed, taking a bond for titles, and subsequently mortgages the land to C to secure the payment of money borrowed, and then sells and transfers the bond for titles to D, who has notice of the mortgage, and D pays off the claims of B, C can not *in equity* foreclose his mortgage on the land and have it sold without first paying or tendering to D the amount paid by the latter to B. *Crummey* v. *Bank*, 30 *Ga.* 670; *Williams* v. *Foy*, 111 *Ga.* 856.

*Judgment affirmed. By five Justices.*

Argued January 16,—Decided February 9, 1903.

Equitable petition. Before Judge Lumpkin. Fulton superior court. April 28, 1902.

A. H. Davis and J. A. Anderson, for plaintiff.

J. T. Pendleton and C. D. Maddox, for defendants.